IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* GNGH2 INC., <br><br> Plaintiff-Relator, <br><br> v. <br><br> VOGT VALVES, INC., <br><br> Defendant. | Civil Case No. 3:24-cv-2358-L <br><br> FILED IN SEALED CASE |

**GOVERNMENT'S NOTICE OF ELECTION TO INTERVENE
FOR PURPOSES OF SETTLEMENT AND REQUEST TO UNSEAL**

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the government notifies the Court of its election to intervene in this civil action for purposes of settlement. The government and relator have finalized and executed a Settlement Agreement with defendant Vogt Valves, Inc., that will resolve all claims in this civil action.

The government requests that relator's Complaint (filed Sept. 18, 2024), this Notice of Election to Intervene for Purposes of Settlement and Request to Unseal, and the Court's resulting order granting the relief requested herein (if granted) be unsealed. The government asks that all other materials in this matter (including, but not limited to, any applications and accompanying memoranda filed by the government for extensions of the intervention deadline or for any other reason) remain under seal and not be made public or served on the defendant at any time because, in discussing the content and extent of

Government's Notice of Election to Intervene and Request to Unseal – Page 1

the government's investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended. See 31 U.S.C. § 3730(b)(3) (allowing for *in camera* submissions to support requested extensions).

Finally, under the terms of the Settlement Agreement, the defendant is making an initial settlement payment within 15 days of execution of the Settlement Agreement, and at that time the government and relator will file a Joint Stipulation of Voluntary Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

A proposed order accompanies this notice and is also being submitted to the Court's "orders" email address in Word format.

Respectfully submitted,

CHAD MEACHAM
ACTING UNITED STATES ATTORNEY

/s/ Andrew S. Robbins
_____
Andrew S. Robbins
New York Bar No. 4836508
Assistant United States Attorney
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone:   214-659-8600
Facsimile:   214-659-8807
andrew.robbins@usdoj.gov

*Attorneys for the United States of America*

## CERTIFICATE OF SERVICE

I certify that copies of this notice and the proposed order have been served on counsel for relator and provided to counsel for defendant.

_____
ANDREW S. ROBBINS
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA, ex rel. GNGH2 INC.,** | § § § § | |
| Plaintiff-Relator, | § § | Civil Action No. **3:24-CV-2358-L** |
| v. | § § § | |
| **VOGT VALVES, INC.,** | § § § | |
| Defendant. | § | |

## ORDER

Before the court in this False Claims Act case is the Government's Notice of Election to Intervene for Purposes of Settlement and Request to Unseal, filed on May 23, 2025, in which the Government states that a settlement agreement that will resolve this action has been executed. It is therefore **ordered** that the following documents shall be unsealed and publicly docketed by the clerk: the Complaint (filed Sept. 18, 2024); the Government's Notice of Election to Intervene for Purposes of Settlement and Request to Unseal (filed May 23, 2025), and this order. All other documents filed in this action prior to the date of this order shall remain **under seal**. The seal shall also be lifted going forward such that all papers filed in this action **after the date of this order shall not be sealed**, unless separately ordered by the court. The Government and the Relator are directed to file appropriate papers to effectuate the dismissal of this action within 15 days of the Government's receipt of the initial settlement payment that is referenced in the Government's Notice. The court **directs** the clerk of court to close this case.

**It is so ordered** this _____ day of _____, 2025.

Order – Page 1

                                                                _____
Sam A. Lindsay
United States District Judge