**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA, EX REL. GNGH2 INC.,** | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. **3:24-CV-2358-L** |
| **VOGT VALVES INC.,** | § § § | |
| Defendant. | § | |

## <u>ORDER</u>

Before the court in this False Claims Act case is the Government's Notice of Election to Intervene for Purposes of Settlement and Request to Unseal, filed on May 23, 2025, in which the Government states that a settlement agreement that will resolve this action has been executed. It is therefore **ordered** that the following documents shall be unsealed and publicly docketed by the clerk: the Complaint (filed September 18, 2024); the Government's Notice of Election to Intervene for Purposes of Settlement and Request to Unseal (filed May 23, 2025), and this order. All other documents filed in this action prior to the date of this order shall remain **under seal**. The seal shall also be lifted going forward such that all papers filed in this action **after the date of this order shall not be sealed**, unless separately ordered by the court. The Government and the Relator are directed to file appropriate papers to effectuate the dismissal of this action within 15 days of the Government's receipt of the initial settlement payment that is referenced in the Government's Notice. The court **directs** the clerk of court to close this case.

Order – Page 1

**It is so ordered** this 23rd day of May, 2025.

Sam A. Lindsay
United States District Judge